**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

Luigino's, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Tyson Foods, Inc.,
a Delaware corporation,

Defendant.

Court File No. 00-2066 PAM/RLE

**Ex Parte Motion for, and Order Granting, Extension of Time to Answer Complaint**

Defendant respectfully moves the court, ex parte, for an order granting it one additional business day in which to answer the complaint.

This motion is based upon the following grounds:

The undersigned is local counsel for defendant. The undersigned has been informed by lead counsel for defendant that the answer to the complaint was due on Friday, October 13, 2000; that lead counsel for defendant and counsel for plaintiff agreed that same day that defendant could have one extra business day, to Monday, October 16, 2000, in which to answer the complaint; and that the answer will be served on Monday, October 16, 2000, and will be filed in due course thereafter pursuant to Local Rule 5.5.

Dated: October 16, 2000.

Johnson, Killen & Seiler, P.A.

By Joseph J. Roby, Jr.

Joseph J. Roby, Jr.
Minn. Atty. I.D. No. 9240X
800 Wells Fargo Center
230 West Superior Street
Duluth, Minnesota 55802
(218) 722-6331
Attorneys for Defendants

**Order**

Good cause having been shown,

IT IS SO ORDERED.

Dated this 17th day of October, 2000.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Luigino's, Inc.,
a Minnesota corporation,

Plaintiff,

v.

Tyson Foods, Inc.,
a Delaware corporation,

Defendant.

Court File No. 00-2066 PAM/RLE

**Affidavit of Service**

---

Tammy M. Rolson, being first duly sworn, deposes and says that on the 16th day of October 2000, at the City of Duluth, in the County of St. Louis, State of Minnesota, she served a true and correct copy of the attached:

**Ex Parte Motion for, and Order Granting, Extension of Time to Answer Complaint**

upon the following:

Creighton R. Magid, Esq.
Dorsey & Whitney, LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498

by depositing a true and correct copy of said document in the United States mails, first-class postage prepaid, to the last-known address of said counsel.

Subscribed and sworn to
before me this 16th day
of October, 2000.

Tammy M. Rolson
TAMMY M. ROLSON

Gina M. Rockstad
**NOTARY PUBLIC**

GINA M. ROCKSTAD
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2005