**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Louis E. Kemp, et al.,

Plaintiffs,

v. **CIVIL 5-96-173 (JRT/RLE)**

TYSONSEAFOOD Group,
Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

Luigino's, Inc.,

Plaintiff,

v. **CIVIL 00-2066 (PAM/RLE)**

Tyson Foods, Inc.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 5-96-173 having been assigned to Judge John R. Tunheim and Case No. 00-2066 having later been assigned to Chief Judge Paul A. Magnuson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2066 be assigned to Judge John R. Tunheim and Magistrate Judge Raymond L. Erickson, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: October 19, 2000.

Judge John R. Tunheim
United States District Court

DATED: October 20, 2000.

Chief Judge Paul A. Magnuson
United States District Court

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Direction for Reassignment of Related Case, this case is reassigned to Judge John R. Tunheim. Magistrate Judge Raymond L. Erickson remains the magistrate on the case.

NEW CASE NUMBER 00-2066 JRT/RLE

Use this case number for all further filings.