**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| LUIGINO'S, INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC.,<br>a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 00-2066(PAM)(RLE) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TO WAIVE THE DEFENSE OF THE STATUTE OF LIMITATIONS, AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, LUIGINO'S, INC. ("LUIGINO'S) and Defendant, TYSON FOODS, INC. ("TYSON"), by and through their undersigned attorneys, hereby file this "Joint Stipulation of Dismissal Without Prejudice and to Waive the Defense of the Statute of Limitations, and Order of Dismissal Without Prejudice," respectfully request that this Court execute the integrated Order of Dismissal Without Prejudice, and state as follows:

**WHEREAS**, this litigation was commenced by LUIGINO'S upon the filing of a Summons and Complaint on March 10, 2000, in the United States District Court for the Middle District of Florida;

**WHEREAS**, this litigation was transferred to this Court pursuant to a Stipulation between the parties and Order of the Court of the United States District Court for the Middle District of Florida;

**WHEREAS**, TYSON filed certain counterclaims against LUIGINO'S on or about October 16, 2000;

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**WHEREAS**, LUIGINO'S and TYSON acknowledge that the parties may waive the defense of the statute of limitations by agreement pursuant to Minnesota law, and specifically acknowledge the applicability of the cases of State v. Hart Motor Express, Inc., 132 N.W.2d 391 (Minn. 1964) and Albachten v. Bradley, 3 N.W.2d 783 (Minn. 1942), to this Stipulation;

**WHEREAS**, LUIGINO'S and TYSON desire to dismiss this Action without prejudice and for both parties to waive the defense of the statute of limitations on their respective claims in the event that such litigation is renewed;

**NOW THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties set forth below:

1. LUIGINO'S hereby agrees to withdraw its claims against TYSON in this litigation without prejudice.

2. TYSON hereby agrees to withdraw its counterclaims against LUIGINO'S in this litigation without prejudice.

3. As of the date of this Stipulation (the "Effective Date"), any and all applicable statutes of limitation or similar limitation periods and any other defenses relating to the passage of time, including laches, be and the same are hereby waived with respect to the claims asserted by LUIGINO'S against TYSON in the Complaint for Damages, and with respect to the claims asserts by TYSON against LUIGINO'S in its Counterclaims.

4. Except as specifically provided herein, this Stipulation shall not be deemed to constitute a waiver of any claim, rights or defenses of either LUIGINO'S or TYSON as against any other party.

5. Nothing contained in this Stipulation shall be deemed or construed as any evidence of any liability, or as an admission of any wrongdoing, liability, representation or warranty on the part of either LUIGINO'S or TYSON.

6. This Stipulation is not intended to, and shall not, apply to claims or counterclaims not present in this litigation, that are or would be time-barred on or before the Effective Date of this Stipulation by any applicable statute of limitations or laches or any other defenses related to the passage of time.

7. LUIGINO'S may re-file its Claims or TYSON may re-file its counterclaims upon thirty (30) days prior notice to the other party.

8. No waiver, modification, extension or addition to this Stipulation shall be valid unless in writing and signed by the parties hereto.

9. The construction and effect of this Stipulation shall be governed by the laws of the State of Minnesota applicable to contracts made or to be performed in Minnesota, without regard to the conflicts of law principles thereof. LUIGINO'S and TYSON consent to the sole and exclusive personal jurisdiction and venue in the United States District Court of the District of Minnesota for purposes of all disputes or litigation regarding the interpretation of this Stipulation and agree that such disputes or litigation shall be submitted to and determined by said Court, that has sole and exclusive jurisdiction; provided however, that nothing contained in this Stipulation shall be construed as setting forth the law governing the claims or counterclaims nor as limiting the venue or jurisdiction where any of the claims or counterclaims may be brought. All notices under this Stipulation shall be deemed effective when given and shall be in writing by fax transmission and certified mail and shall be provided as follows:

**If to LUIGINO'S:**

David H. Simmons
Drage, DeBeaubien, Knight, Simmons,
Mantzaris & Neal
332 North Magnolia Avenue
Orlando, Florida 32802-0087

**If to TYSON:**

Ethan Horowitz
Darby & Darby P.C.
805 Third Avenue
New York, New York 10022

10. The signatories to this Joint Stipulation of Dismissal Without Prejudice and to Waive the Defense of the Statute of Limitations represent and warrant that they have the authorization and power to bind the parties on whose behalf they are signing.

11. This Stipulation may be signed in counterparts, and all counterparts so executed by the parties hereto and affixed to this agreement, whether in original or by facsimile, shall constitute a valid and binding agreement.

Dated this 10 day of May, 2001.

**DRAGE, DE BEAUBIEN, KNIGHT, SIMMONS, MANTZARIS & NEAL**

By: ______________________
Stephen J. Jacobs (admitted *pro hac vice*)
P.O. Box 87
Orlando, FL 32602-0087
Telephone: (407) 422-2454
Facsimile: (407) 849-1845
ATTORNEYS FOR PLAINTIFF, LUIGINO'S, INC.

**DARBY & DARBY P.C.**

By: ______________________
Ethan Horwitz
805 Third Avenue
New York, New York 10022
Telephone: (212) 527-7700
Facsimile: (212) 753-6237
ATTORNEYS FOR DEFENDANT TYSON FOODS, INC.

**SO ORDERED** this 14th day of May, 2001.

______________________
UNITED STATES DISTRICT JUDGE